IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:15-cv-01169-RWS-RSP | |
| § | | |
| vs. § | LEAD CASE | |
| § | | |
| ADAMS EXTRACT § | | |
| § | | |
| Defendants. § | | |
| _____ § | | |
| § | | |
| SYMBOLOGY INNOVATIONS, LLC § | | |
| § | | |
| Plaintiff, § | Case No: 2:15-cv-01867-JRG-RSP | |
| § | | |
| vs. § | CONSOLIDATED CASE | |
| § | | |
| J.D. POWER & ASSOCIATES § | | |
| § | | |
| Defendants. § | | |
| _____ § | | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant J.D. Power & Associates. Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims by and between parties have are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE